[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  13-10187

_____

D.C. Docket No. 1:10-cr-00006-CAP-JFK-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JASON JAMES EYER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(December 2, 2013)

Before HULL, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Lawrence J. Zimmerman, appointed counsel for Jason James Eyer in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Eyer's conviction and sentence are **AFFIRMED**.